**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-1542**

———————

ELVIN CLIFFORD WATKINS,

                     Plaintiff – Appellant,

       v.

BOB ROBERTS, Director and Chief of Police, West Virginia
University,

                     Defendant - Appellee.

———————

Appeal from the United States District Court for the Northern
District of West Virginia, at Martinsburg.  Gina M. Groh,
District Judge. (3:14-cv-00009-GMG-JES)

———————

Submitted:  September 23, 3014      Decided:  September 25, 2014

———————

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Elvin Clifford Watkins, Appellant Pro Se. Thomas Shawn Kleeh,
Joseph Umberto Leonoro, STEPTOE & JOHNSON, PLLC, Charleston,
West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elvin Clifford Watkins seeks to appeal the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (2012). The magistrate judge recommended that relief be denied and advised Watkins that failure to file timely objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140 (1985). Watkins has waived appellate review by failing to file objections after receiving proper notice. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal. We deny Watkins' motion to strike the Appellee's informal reply brief.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials

before this court and argument would not aid the decisional process.

DISMISSED